IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROTISH V. SINGH,                    )
                                    )
                Petitioner,         )
                                    )    Civil No. 03-242-CO
        v.                          )
                                    )    ORDER
BRIAN BELLEQUE,                     )
                                    )
                Respondent.         )
_____)

Magistrate Judge John P. Cooney filed Findings and Recommendation on February 8, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed February 8, 2005, in its entirety. Petitioner's petition (#2) is denied and this case is dismissed. Judgment will be entered dismissing this case with prejudice.

IT IS SO ORDERED.

DATED this _____13th_____ day of _____April_____, 2005.

UNITED STATES DISTRICT JUDGE